UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TYRRALL FARROW CANNON,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No. 5:23-cv-01669-RGK-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Orders issued by the assigned magistrate judge (Dkt. 9, 10, 13, 17, 19, 23, 26), the Requests, Motions, Proofs of Service, and Objections to prior orders filed by Plaintiff (Dkt. 3, 4, 12, 14, 15, 16, 18, 20, 21, 22, 25, 31), this Court's prior orders (Dkt. 11, 24) and the Report and Recommendation of the magistrate judge issued on December 7, 2023 (Dkt. 40, "Report").

No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: 1/8/2024

R. GARY KLAUSNER
United States District Judge