JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TYRRALL FARROW CANNON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 5:23-cv-01669-RGK-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: 1/8/2024

R. GARY KLAUSNER
United States District Judge